**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES -REOPENING/CLOSING    JS-6

Case No.  2:20-cv-06306-HDV-JC /                                    Date  6/22/23

Title:  Lesly Garcia v. LQ Management, LLC et al

Present: The Honorable  Hernan D. Vera, U.S. District Judge

| Wendy Hernandez | Not Reported | N/A |
|---|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** | **Tape No.** |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**

Not Present                                               Not Present

==================================================================================

**Proceedings:**   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated  9/12/2022  .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    wh

CV-74 (08/97)                    CIVIL MINUTES -REOPENING/CLOSING